James Rector, Appellant, v City of New York et al., Respondents.

Submitted December 20, 2010; decided February 15, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of Supreme Court's order as denied appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of Injah Tafari, Appellant, v Donald Selsky, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted December 20, 2010; decided February 15, 2011

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).